IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRANSMONTAIGNE PRODUCT
SERVICES INC.,

     Plaintiff,

v.                                  Civil Action No. 3:08cv434/LAC/MD

McCOMBS ENTERPRISES, LLC,
ROGER McCOMBS, and TIMOTHY
D. TINDLE,

     Defendants.
_____

## DEFAULT FINAL JUDGMENT

THIS CAUSE having come before the Court on Plaintiff TransMontaigne Product Services Inc.'s ("TPSI") Motion for Default Judgment against defendants Roger McCombs, 10391 Old Dairy Lane, Pensacola, Florida  32534 and Timothy D. Tindle, 153 Woodland Bayou Drive, Santa Rosa Beach, Florida  32459 (collectively "Defendants"), and the Court being duly and sufficiently advised, it is hereby ORDERED:

1.     The Motion for Default Judgment against Defendants is hereby GRANTED.

2.      IT IS ADJUDGED that TPSI recover from Defendants the sum of $356,359.60 on principal, $5,740.84 for prejudgment interest from September 26, 2008 through the date hereof, that shall bear interest at the rate of six percent (6%) a year, <u>see</u> Ala. Code §8-8-1, $941.28 for costs, and $4,667.50 in attorney's fees, for a total of $367,709.22, plus post-judgment interest, for which let execution issue.

**ORDERED** on this 16th day of January, 2009.

_____s/_L. A. Collier_____
Lacey A. Collier
Senior United States District Judge