IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRANSMONTAIGNE PRODUCT
SERVICES INC.,

    Plaintiff,

v.                                                       Civil Action No. 3:08cv434/LAC/MD

McCOMBS ENTERPRISES, LLC,
ROGER McCOMBS, and TIMOTHY
D. TINDLE,

    Defendants.
_____

**ORDER**

This cause is before the Court on Plaintiff's response to the Court's earlier show cause order. Upon review of the response, the Court considers that Plaintiff has demonstrated good cause. The Court further recognizes Plaintiff's filing of the return of service form as evidence of service upon Defendant McCombs Enterprises, LLC, subject of course to any objections that may be filed as to the efficacy of such service.

**ORDERED** on this 24th day of August, 2009.

                                                                       s/ *L.A. Collier*
                                                                       Lacey A. Collier
                                                              Senior United States District Judge